UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Apr 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: PARAGARD IUD PRODUCTS LIABILITY
LITIGATION                                                                     MDL No. 2974

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −16)

On December 16, 2020, the Panel transferred 49 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2020). Since that time, 103 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Leigh Martin May.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge May.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 16, 2020, and, with the consent of that court, assigned to the Honorable Leigh Martin May.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 26, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel



ATTEST: A TRUE COPY
CERTIFIED THIS

Date: 4/26/2021

JAMES N. HATTEN, Clerk

By: s/ T. Frazier
Deputy Clerk

**IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION**  MDL No. 2974

### SCHEDULE CTO−16 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 21−02780 | Caley Joyner v. Teva Pharmaceuticals, USA, Inc. et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 21−00626 | Guitron v. Teva Pharmaceuticals, USA, Inc. et al |
| CAE | 2 | 21−00629 | Romero v. Teva Pharmaceuticals, USA, Inc. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 4 | 21−02246 | Barnes v. Teva Pharmaceuticals, USA et al |
| **COLORADO** | | | |
| CO | 1 | 21−00985 | Tlamayo v. Teva Pharmaceuticals USA, Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 21−00321 | Capps v. Teva Pharmaceuticals USA, Inc. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 21−01705 | Rosen v. Teva Pharmaceuticals USA, Inc. et al |
| **MASSACHUSETTS** | | | |
| ~~MA~~ | ~~1~~ | ~~21−10605~~ | ~~Fulani v. Teva Pharmaceuticals Industries Ltd. et al~~ Opposed 4/23/21 |
| **NEW YORK NORTHERN** | | | |
| NYN | 5 | 21−00393 | Jonza v. Teva Pharmaceuticals USA, Inc. et al |
| **OHIO SOUTHERN** | | | |
| OHS | 2 | 21−01315 | Lapp v. Teva Pharmaceuticals USA, Inc. et al |

TEXAS SOUTHERN

| TXS | 4 | 21−01155 | Longoria v. Teva Pharmaceuticals USA, Inc. et al |

TEXAS WESTERN

| TXW | 1 | 21−00282 | Del Rosario v. Teva Pharmaceuticals USA, Inc. et al |

WISCONSIN EASTERN

| WIE | 2 | 21−00393 | Hill v. Teva Pharmaceuticals USA, Inc. et al |